| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE  #96250<br>525 B STREET, SUITE 1430<br>SAN DIEGO, CA 92101<br>(619) 338-4006 (Phone)<br>(619) 239-5242 (Fax) | FILED KD<br>2009 OCT 28 PM 2:15<br>U.S. BANKRUPTCY CT<br>SO DIST OF CALIF<br>206944 |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re:<br>VINCENT BARTSCH<br>DEE ANN BARTSCH<br>PO BOX 19994<br>SAN DIEGO, CA 92159-0994<br><br>                              Debtors. | Chapter 13<br><br>Bankruptcy Case No.  05-04858 M 13<br><br><br>UNDISTRIBUTED FUNDS |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSING

EXPLANATION OF SOURCES: UNABLE TO LOCATE CREDITOR

NAME OF PAYEE ON UNCLAIMED CHECK:

USA FUNDS*****
PO BOX 6185
INDIANAPOLIS, IN 46206-6185

AMOUNT: $5918.63

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtors, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ ✓ ] DEBTORS   [ ✓ ] ATTORNEY   [ ✓ ] PAYEE

DATED: October 23, 2009

Patty Morgan
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

JUDITH A DESCALSO #103211
960 CANTERBURY PLACE #340
ESCONDIDO, CA 92025-0000